**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01998-BNB

MELVIN D. HOGAN, JR.,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,
ARAPAHOE COUNTY DISTRICT COURT,
P.O. JENNA OAKLEY-COX,
P.O.S. ALI MOADDELI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the Applicant's letter requesting his release in order to be able to respond to the Court's order of August 24, 2012, directing him to file an amended application within thirty days.  The request is DENIED.  Applicant will be allowed **thirty (30) days from the date of this minute order** in which to comply with the directives of the August 24 order.  Failure to do so within the time allowed will result in the dismissal of this action.

Dated:  October 18, 2012